

FILED

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF APPLICATIONS OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING CELLULAR TELEPHONES | CASE NOS.  2:12-SW-278 EFB<br>2:12-SW-279 DAD<br>2:12-SW-295 DAD<br>2:12-SW-319 DAD<br>2:12-SW-349 GGH<br>2:12-SW-676 EFB<br>2:12-SW-679 EFB<br>2:12-SW-788 KJN<br>2:12-SW-789 KJN<br>2:13-SW-153 DAD<br>2:13-SW-154 DAD<br>2:13-SW-241 EFB<br>2:13-SW-302 KJN<br>2:13-SW-304 KJN<br>2:13-SW-330 KJN<br>2:13-SW-349 AC<br>2:13-SW-355 AC<br>2:13-SW-351 KJN<br>2:13-SW-374 AC<br>2:13-SW-406 EFB<br>2:13-SW-408 EFB<br>2:13-SW-409 EFB<br>2:13-SW-418 EFB<br>2:13-SW-423 EFB |
| | **REQUEST TO UNSEAL AND [PROPOSED] ORDER** |

## REQUEST TO UNSEAL

The Court has sealed the applications and orders authorizing the United States to obtain location data of various cellular telephones as further identified in the above-captioned matters. The Grand Jury has returned indictments in *United States v. Velardes-Zazueta, et al.*, 2:13-cr-227 GEB, and six related cases as part of a Title III investigation conducted by the Drug Enforcement Administration. The applications in the above-referenced matters relate to that investigation. To date, most of the defendants in those cases have been apprehended, arraigned, and judicial process has begun. Therefore, the United States requests that the above-referenced matters be unsealed and that the United States be permitted to provide copies to the defendants through their counsel.

Respectfully submitted,

Dated: April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/
TODD A. PICKLES
Assistant United States Attorney

## [PROPOSED] ORDER

The Court hereby orders that the applications and orders as well as the sealing orders in the above-referenced matters shall be unsealed and made part of the public record.

Dated: 4-3-2014

Honorable Edmund F. Brennan
United States Magistrate Judge